## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ALICIA MADDOX,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE ASIAN AMERICAN HOTEL OWNER'S ASSOCIATION, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION<br>NO. 1:20-cv-05215-WMR-CMS |

### **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Alicia Maddox and Defendant The Asian American Hotel Owner's Association, Inc., through the undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned lawsuit, with each party to bear its own costs, including attorneys' fees.

Respectfully submitted this 13th day of May, 2021.

[Signatures appear on following page.]

| | |
|---|---|
| /s/ *Amanda A. Farahany* | */s/ Robert A. Luskin* |
| Amanda A. Farahany | Robert A. Luskin |
| Georgia Bar No. 646135 | Georgia Bar No. 004383 |
| amanda@justiceatwork.com | rluskin@GM-LLP.com |
| BARRETT & FARAHANY | GOODMAN MCGUFFEY LLP |
| 1100 Peachtree St. NE, Suite 500 | E. Graham Newsome |
| Atlanta, GA 30309 | Georgia Bar No. 81549 |
| Telephone: (404) 214-0120 | gnewsome@GM_LLP.com |
| | 3340 Peachtree Road NE, Suite 2100 |
| | Atlanta, GA 30309 |
| | Telephone:  (404) 264-1500 |
| *Attorney for Alicia Maddox* | *Attorney for The Asian American Hotel Owner's Association, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ALICIA MADDOX,<br><br>    Plaintiff,<br><br>v.<br><br>THE ASIAN AMERICAN HOTEL OWNER'S ASSOCIATION, INC.,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 1:20-cv-05215-WMR-CMS |

## CERTIFICATE OF SERVICE

I certify that on May 13, 2021, I electronically filed the forgoing ***Joint Stipulation of Dismissal With Prejudice*** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

**GOODMAN MCGUFFEY LLP**
Robert A. Luskin
rluskin@GM-LLP.com
E. Graham Newsome
gnewsome@GM-LLP.com

This 13th day of May, 2021.

**BARRETT & FARAHANY**

*/s/ Amanda A. Farahany*
Amanda A. Farahany
Georgia Bar No. 646135